IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KENNETH DOUGLAS DAHL,

    Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

    Defendant.
_____

Civ. No. 3:14-cv-00904-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation, ECF No. 25, and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation, ECF No. 25, is adopted. This action is remanded to the Commissioner.

IT IS SO ORDERED.

    DATED this 30th day of September, 2015.

                                       _____/s/ Michael J. McShane_____
                                                   Michael McShane
                                             United States District Judge